EDWARD BEERS et al., Respondents, v. THE NORTH AMERI-
CAN RUBBER CO., Appellant.

APPEAL from order.

*Thomas J. Ritch, Jr.*, for appellant.

*Leon Kronfield*, for respondent.

Order affirmed, with costs.

Present: VAN WYCK, Ch. J., and FITZSIMONS, J.
Order affirmed, with costs.

---

JOHN HEERDEGEN, Appellant, v. THE AMERICAN SURETY
CO. OF NEW YORK, Respondent.

APPEAL from order.

*William R. Bronk*, for appellant.

*H. C. Wilcox*, for respondent.

McCARTHY, J.   The appellant having stipulated (see orders)
must be bound by the same.

If there was no stipulation, then these orders should have
been resettled and required to recite the correct facts.

We are to pass on the papers as they come to us.

Order must be affirmed, with ten dollars costs.

VAN WYCK, Ch. J., concurs.
Order affirmed, with ten dollars costs.